**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANTOINE LYONS** **PLAINTIFF**

**v.** **No. 4:25-cv-185-JDM-DAS**

**JIMMY McCLURE, et al.** **DEFENDANTS**

**ORDER**

The Plaintiff, Antoine Lyons has submitted a petition on a 42 U.S.C. § 1983 form. However, based on the relief sought, the court construes this pleading as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 and should be converted to such. The Petitioner is **DIRECTED** to use the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

Moreover, Lyons' motion to proceed in forma pauperis was granted and funds in the amount of $174.18 have been collected pursuant to the Prison Litigation Reform Act. Because funds in excess of the $5.00 habeas filing fee have been collected, the Clerk is **DIRECTED** to refund the amount collected from Lyons for this case, minus the $5.00 filing fee. Further, the Clerk is **ORDERED** to convert this case to a habeas pleading.

**SO ORDERED**, this, 5th day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE